# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand and fourteen.

Before:      Ralph K. Winter,
            *Circuit Judge.*

_____

Pia Hofmann,
    Plaintiff-Appellant,

    v.

Schiavone Contracting Corp., International Union of Operating Engineers Local 14-14B,
    Defendants-Appellees,

Schiavone Construction Co. LLC,
    Defendant-Cross Defendant-Appellee,

John Hassler,
    Defendant-Cross Claimant-Third Party Plaintiff-
    Appellee,

    v.

Skanska USA Civil Northeast, Inc., et al.,
    Third Party Defendants-Appellees,

United States of America,
    Intervenor.

_____

**ORDER**
Docket No. 14-2861

Appellant moves for an extension of time until February 5, 2015 to file a brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED in part and DENIED in part. No extraordinary circumstances justifying an extension have been offered by Appellant. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013). Nevertheless, the Court will grant a grace period until December 15, 2014. However the appeal is dismissed effective December 15, 2014 unless a brief is filed by that date. A motion for reconsideration or other

relief will not stay the effectiveness of this order.  <u>See id.</u>

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

